WRAGG *against* SWART AND OTHERS.

THE defendants, while attending the *sittings* in the city of *New-York*, the one as a *suitor*, in a cause to be tried, and the other as a *witness*, who had been duly *subpœnaed*, were arrested on a *ca. sa.* issued on a judgment recovered against them, at the suit of the plaintiff; and upon application to the *Chief Justice*, they were discharged from the arrest. Neither the sheriff, nor the plaintiff, at the time of the arrest, knew that the defendants were thus attending the sittings; and after the defendants were discharged, the sheriff insisted on the plaintiff's paying his caption fees and poundage on the execution; and the question as to the plaintiff's liability to pay those fees was submitted to the court.

Where a sheriff arrested a person on a *ca. sa.* while he was attending court, and he was discharged from the arrest, it was held, that the service of the *ca. sa.*, being irregular and void, the sheriff was not entitled to any fees, on such service.

*Per Curiam.* The *ca. sa.* having been served on the defendants while they were privileged from arrest, such service was irregular, void, and of no effect; and, consequently, the sheriff is not entitled to any fees.

Judgment of nonsuit.